```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                      20-CR-537 (JPC)

                                                            NOTICE OF
JOSE MARTINEZ, *also known as* "MIGUEL       ADJOURNMENT
MARTINEZ," and MARIO DE LA ROSA,

                     Defendants.
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The arraignment and initial conference for Defendant Mario de la Rosa is hereby adjourned from October 20, 2020, at 9:00 a.m. to October 26, 2020, at 11 a.m.  The public access line is (855)-268-7844, access code 67812309, pin code 9921299.

       SO ORDERED.

Dated: October 20, 2020
       New York, New York                                            JOHN P. CRONAN
                                                             United States District Judge