```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

MARIO DE LA ROSA

                                 Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-537 (JPC)

Defendant _____MARIO DE LA ROSA_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

X___ Initial Appearance Before a Judicial Officer

X___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X___ Bail/Detention Hearing

X___ Conference Before a Judicial Officer

_Mario De La Rosa/JPC_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

MARIO DE LA ROSA
Print Defendant's Name

_____
Defendant's Counsel's Signature

SARAH KUNSTLER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/26/20
Date

_JPC_
U.S. District Judge/U.S. Magistrate Judge