UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
              -v-                                                 :     20-CR-537-2 (JPC)
                                                                  :
MARIO DE LA ROSA,                                                 :     ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

During the December 18, 2020 guilty plea hearing for Defendant Mario De la Rosa, Defendant's counsel requested to strike certain portions of the transcript. The Court hereby ORDERS that the transcript be temporarily sealed pending resolution of Defendant Mario De la Rosa's motion to redact the transcript. Defendant's counsel shall submit proposed redactions to both the Court and the Government by no later than January 15, 2021, along with the justification for the proposed redactions. That submission may be filed under seal.

SO ORDERED.

Dated: December 21, 2020                    _____
       New York, New York                         JOHN P. CRONAN
                                              United States District Judge