# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

February 25, 2021

Re: U.S. v. De La Rosa
20 Cr. 537 (JPC)

Dear Judge Cronan:

      I write to respectfully request a 90-day adjournment of Mr. De La Rosa's upcoming sentencing, currently set for March 25, 2021. The government consents to this application.

      This is our first request for an adjournment of De La Rosa's sentencing date, and is based on the unabated dangers of the COVID-19 pandemic. To put this request in context, on February 11, 2021, Chief Judge McMahon issued a revised four-phase re-entry plan for Southern District Courthouses. The plan is silent as to when Phase I would commence, but as of this writing, it does not appear to have begun. Subject to the discretion of individual judges, in-person sentencings are set to resume in Phase II.

      Mr. De La Rosa would like to exercise his right to be sentenced in person. However, as a person who suffers from severe asthma, and has not yet been vaccinated, it is not yet safe for him do to travel back and forth to court without risk of infection. In light of my client's severe asthma, and the fact that Phase I of the Southern District re-entry plan has not yet begun, I respectfully request an adjournment of Mr. Batista's sentence for another 90 days, until June 23, 2021, or as soon thereafter as is practicable for the Court.

      Thank you for your kind consideration of this request.

Respectfully submitted,

*Sarah Kunstler*

Sarah Kunstler

Attorney for Mario De La Rosa

CC: AUSA Marguerite Colson

---

Defendant De La Rosa's request is granted. De La Rosa's sentencing is adjourned from March 25, 2021 to the week of June 21, 2021. The Court will provide the parties with a date and time closer to that date.

SO ORDERED.

Date: February 25, 2021

New York, New York

*John P. Cronan*

JOHN P. CRONAN
United States District Judge