# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

May 28, 2021

Re: U.S. v. De La Rosa
20 Cr. 537 (JPC)

Dear Judge Cronan:

     I represent Mario De La Rosa in the above-captioned matter. I write to request a three-month adjournment of Mr. De La Rosa's sentence, currently scheduled for the week of June 21, 2021. This is my second request for an adjournment of Mr. De La Rosa's sentence; the government consents to this request.

     Mr. De La Rosa was born in Puerto Rico, where he lived until 1989, when he was 17. As a child, he faced significant medical issues and learning issues which I would like to present to this Court for its consideration as your Honor determines the appropriate sentence in this case. Due to communication issues with the Spanish-speaking institutions in Puerto Rico and the age of the records sought, obtaining supporting records from schools and hospitals in Puerto Rico has been challenging. Despite these challenges, I have made considerable progress, and believe that with additional time, I will be able to obtain the needed records. It is for this reason that I request this adjournment of Mr. De La Rosa's sentencing.

     Thank you for your kind consideration of this letter.

Respectfully submitted,

*Sarah Kunstler*

Sarah Kunstler
Attorney for Mario De La Rosa

CC: AUSA Marguerite Colson

Defendant Mario De La Rosa's request is granted. De La Rosa's sentencing is adjourned to September 27, 2021, at 10:00 a.m. The sentencing will take place in Courtroom 12D, 500 Pearl Street, New York, NY, 10007.

SO ORDERED.
Date: May 28, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge